Warshahennedige Anton Raj Nishantha **FERNANDO, Petitioner— Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

**No. 10–6455.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 4, 2010.

Warshahennedige Anton Raj Nishantha Fernando, Appellant Pro Se.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warshahennedige Anton Raj Nishantha Fernando, a federal prisoner, appeals the

district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fernando v. United States,* No. 5:09–hc–02018–D (E.D.N.C. Feb. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*